# Kahn v. Hall, et al.

APPEAL from the Circuit Court of Montgomery.

Tried before the Hon. JOHN M. CHILTON, Special Judge.

This action was brought by J. L. Hall and L. B. Farley, as trustees, against the appellant, M. Kahn, and counted on a promissory note, given by the defendant to the Alabama Midland Railway Company, for the amount of his subscription to the capital stock of said company, This note was subsequently, together with other collaterals, transferred to the Alabama Terminal & Improvement Company, which latter company transferred the same to the Farley National Bank, and while in the possession of said bank they were transferred to the plaintiffs. The cause was tried by the judge without the intervention of a jury, who, at the request of the parties, rendered a special finding. There was judgment for the plaintiffs, and the defendant appeals, and assigns as error the rendition of said judgment.

The facts of this case are identical with the facts of the case of *Bibb v. Hall and Farley. ante* p. 79, and were submitted together. The attorneys were the same in each case, and the same briefs were filed.

HARALSON, J.—This case is affirmed on the authority of the case of *Bibb v. Hall and Farley, ante* p. 79.